UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

                 Plaintiff,

         -against-

AIRLIFT MARINE SERVICES PVT LTD., et al.,

                Defendants.
------------------------------------------------------------x

18-CV-10788 (RA)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that Defendant Airlift Marine Services, PVT LTD. ("Airlift") and its counsel have requested to be excused from attending the settlement conference scheduled for Wednesday, November 20, 2019. The parties shall meet and confer on whether they wish to proceed with the settlement conference on November 20 if Airlift and/or its counsel are not present.

The parties shall file a joint status letter by 2:00 pm on November 19, 2019. If a joint status letter is not practicable, the Court will also accept ex parte submissions to Chambers via email.

**SO ORDERED.**

Dated: November 18, 2019
New York, New York

                    *s/ Ona T. Wang*
                    **Ona T. Wang**
                  United States Magistrate Judge