**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
MSC MEDITERRANEAN SHIPPING COMPANY :
S.A., :
: 18-CV-10788 (RA)
: 
Plaintiff, :
: **ORDER**
-against- :
: 
AIRLIFT MARINE SERVICES PVT LTD., et al., :
: 
Defendants. :
: 
---------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a settlement conference in this matter on November 20, 2019. As discussed at the conference, the parties shall submit to Chambers via email their joint status letter by **Friday, December 13, 2019.**

**SO ORDERED.**

| | |
|---|---|
| | _s/ Ona T. Wang_ |
| Dated: November 20, 2019 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |