UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

                Plaintiff,

       -against-

AIRLIFT MARINE SERVICES PVT LTD., et al.,

                Defendants.
------------------------------------------------------------x

18-CV-10788 (RA)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' joint status letter. Because the parties do not agree that another settlement conference would be productive, the Court will not schedule another settlement conference at this time. The parties are encouraged to jointly request a settlement conference at a later time if/when they believe one would be helpful.

**SO ORDERED.**

Dated: December 11, 2019
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge