```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MSC MEDITERRANEAN SHIPPING COMPANY        :
S.A.,                                     :
                                          :   18-CV-10788 (RA)
                          Plaintiff,      :
                                          :   ORDER
            -against-                     :
                                          :
AIRLIFT MARINE SERVICES PVT LTD., et al., :
                                          :
                          Defendants.     :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Steven D. Janel's Motion to Withdraw as Defendants' counsel. (ECF 56). When deciding a motion to withdraw, courts consider whether the withdrawal would cause prejudice. *See Ameruso v. City of New York*, No. 15-CV-03381 (RA) (BCM), 2016 WL 1697602, at *2 (S.D.N.Y. Apr. 27, 2016). Although Airlift (U.S.A.), Inc. has co-counsel who will remain in this case, Mr. Janel is the sole counsel of record for Defendant Airlift Marine Services Pvt Ltd. ("Airlift Marine"). As Mr. Janel is aware, companies may not proceed *pro se*. *Lattanzio v. COMTA*, 481 F.3d 137, 139-40 (2d Cir. 2007). Mr. Janel's motion also fails to state whether his clients have been served with the motion to withdraw, as required by Local Rule 1.4.

Accordingly, by **January 17, 2020**, Mr. Janel shall either (a) file a substitution of counsel on behalf of Airlift Marine or (b) file a supplemental submission explaining why Airlift Marine would not be prejudiced by his withdrawal. By January 17, 2020, Mr. Janel shall also serve his two clients with both this Order and his motion, ECF 56, and file an affidavit of service.

Responses, if any, to Mr. Janel's Motion by other parties or counsel may be filed by January 17, 2020.

**SO ORDERED.**

Dated: January 10, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge