USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSC MEDITERRANEAN SHIPPING
COMPANY S.A.,

                Plaintiff,

v.

AIRLINE MARINE SERVICES PVT LTD
and AIRLIFT (U.S.A.), INC.,

                Defendant.

18-CV-10788 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the fact that discovery is ongoing pursuant to Magistrate Judge Wang's March 13, 2020 Order, Dkt. 70, the post-fact discovery conference presently scheduled for March 20, 2020, Dkt. 52, is hereby adjourned *sine die*. Within one week after the close of fact discovery, the parties shall file a joint letter updating the Court on the status of this case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    March 17, 2020
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge