**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MSC MEDITERRANEAN SHIPPING CO. S.A.,

                Plaintiff,

                -against-

AIRLIFT MARINE SERVICES PVT LTD., et al.,

                Defendants.

------------------------------------------------------------x

18-cv-10788 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff is directed to either move to strike Airlift Marine's answer or dismiss Airlift Marine from the action by **August 14, 2020**.

**SO ORDERED.**

Dated: July 30, 2020
        New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge