UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
MSC MEDITERRANEAN SHIPPING COMPANY S.A.,                                :
                                                                        :
                                                                        :
                           Plaintiff,                                   :      18-CV-10788 (JPC) (OTW)
                                                                        :
           -v-                                                          :      ORDER
                                                                        :
AIRLIFT MARINE SERVICES PVT LTD and AIRLIFT                             :
(U.S.A.), INC.,                                                         :
                                                                        :
                           Defendants.                                  :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court adopts the following schedule for Plaintiff MSC Mediterranean Shipping Company S.A.'s and Defendant Airlift (U.S.A.), Inc.'s forthcoming bench trial:

On March 19, 2021, by 4:00 p.m., each party shall file on ECF: (1) a trial memo and (2) proposed findings of fact and conclusion of law.  By March 19, 2021, the parties must also send either a flash drive or a CD-ROM to Chambers which shall contain any factual stipulations, exhibits including deposition excerpts, and declarations for the Court to consider in deciding the merits of this case.  Any attorney declaration may be submitted with attorney-client privileged information redacted without further leave of Court, provided that the redacted information is not relevant to any issue to be resolved by the Court and a privilege log is provided to opposing counsel.  The Court's address is 500 Pearl Street, New York, New York, 10007, and the mail should be addressed to the Honorable John P. Cronan.

2

By April 9, 2021, the parties shall file a letter, proposing a schedule for final briefs and any rebuttal declarations.

This Order supersedes the Court's Order dated January 5, 2021.  Dkt. 91.

SO ORDERED.

Dated: February 1, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge