UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MSC MEDITERRANEAN SHIPPING COMPANY S.A.,                          :
                                                                  :
                                                                  :
                                                                  :
                              Plaintiff,                          :   18 Civ. 10788 (JPC) (OTW)
                                                                  :
            -v-                                                   :   ORDER
                                                                  :
AIRLIFT MARINE SERVICES PVT LTD and AIRLIFT                       :
(U.S.A.), INC.,                                                   :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On January 13, 2022, the Court entered judgment in the bench trial in this case. Dkt. 117. The Clerk of Court previously issued a certificate of default as to Defendant Airlift Marine Services Pvt Ltd. ("Airlift Marine") on January 12, 2021. Dkt. 95. Plaintiff has previously described default proceedings against Airlift Marine as "in limbo." Dkt. 103 at 2 n.2. Plaintiff shall submit a status letter indicating whether it intends to move for default judgment as to Airlift Marine by January 28, 2022.

    SO ORDERED.

Dated: January 14, 2022
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge