UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MSC MEDITERRANEAN SHIPPING
COMPANY S.A.,

                        Plaintiff,

    -against-

AIRLIFT MARINE SERVICES PVT LTD and
AIRLIFT (U.S.A.), INC.,

                     Defendants.
-----------------------------------------------------------X

18 CIVIL 10788 (JPC)(OTW)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated February 2, 2022, judgment is entered for Plaintiff in the amount of $888,682.81 in damages and $44,392.03 in pre-judgment interest.

**Dated:** New York, New York

       February 2, 2022

                                                             RUBY J. KRAJICK

                                                              Clerk of Court

                          BY:

                                                               Deputy Clerk